ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2007 AUG -1 P 4: 08
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| MARION WILLIAMS, Elder, On Behalf of the United House of Prayer for All People, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CV 107-083 ) |
| SAMUEL C. MADISON, Apostle Bishop, The United House of Prayer for All People, et al., | ) ) ) ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED**, without prejudice, and this civil action is **CLOSED**.

SO ORDERED this 1 day of August, 2007, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE